CMR

15-MC-140

Wayne Albright,
Plaintiff

CASE NO. ▮▮▮▮▮▮▮

V.

National Railroad Passenger Corporation
a/k/a Amtrak;
Joseph Boardman d/b/a Amtrak CEO;
Brandon Bostian;
National Transportation Safety Board
a/k/a NTSB;
Robert Sumwalt,
Defendants

RECEIVED
MAY 21 2015

## Preliminary Injunction, Temporary Restraining Order, TRO

### Under the False Claims Act, 31 USC 3729

I file this Preliminary Injunction temporary restraining order Against Amtrak. Amtrak Disregards citizens Safety. Amtrak conductors and Engineers are poorly trained and Violate all policy and procedures which puts citizens in this great country in Danger. My thoughts and prayers are for the victims of the preventable Disaster Tuesday Night May 12, 2014 Along the Northeast corridor. Brandon Bostian was totally Reckless and irresponsible. Federal Investigators must check his home computers because Defendant Brandon Bostian followed terrorist ISIS members on Social media and Bostian wanted to commit suicide Like Andreas Lupitz of German Airwings, So Bostian Used Amtrak train as a WMD, this is a Gigantic Vast Conspiracy to create a False Flag Attack to Justify More Funding for Amtrak, more Govt. Control of trains Like what the NSA remote controlled Paul Walkers Vehicle, Same goes in this Accident and the CIA

remote controlled Brandon Bostian's brain under project MK-Ultra, mind control to do evil acts at the expense of our civil liberties and I am whistleblowing. The CIA was waterboard Brandon Bostian Now, in the interest of national security cause Bostian is a ISIS sympathizer and the Germantown Masjid/mosque was close to the crash site which is a Salifist Safe Haven. Bostian practices Muslim extremism and was a George Bush created ISIS homegrown terrorist. Warren Buffet is in a conspiracy to monopolize the railroad industry. Amtrak must investigate and debrief every train conductor nationwide to prevent this May 12th Accident/Attack/NWO Agenda to ever happening Again. Amtraks employee training is akin to Baltimore police officers training. Kinda fishy Michael Nutter was defending the Baltimore Mayors decision making on CNN, then Nutter is in the spotlight and Nutter is hosting the Pope in September. Michael Nutter is a Freemason who dances at Bohemian grove. Philadelphia has reckless septa drivers with criminal records. I speak on behalf of humanity. George Orwell was right. Alex Jones and Mark Dice are Illuminati Agents. I seek a restraining order against Amtrak Nationwide, until a full investigation by Ted Wells, Mitchel, and the Warren commission. No trains are to be in operation cause Superman lost his life and can't catch trains. Brandon Bostian was loco-motive with motives of evil. I am a patriot. God Bless America.

Respectfully, 5/14/15

_[signature]_

WAYNE ALBright
#LD2S83
301 Institution DR
Bellefonte, PA 16823