Wayne Albright #LD2583
301 Institution DR
Bellefonte, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS



United States Courthouse
601 Market St
Philadelphia, PA 19107

1910841729