IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE ALBRIGHT<br>　　　　　Plaintiff,<br><br>v.<br><br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION a/k/a AMTRAK, *et al.*<br>　　　　　Defendants. | :<br>:<br>:<br>:  MISCELLANEOUS ACTION<br>:<br>:  NO. 15-mc-140<br>:<br>:<br>: |

### ORDER

Plaintiff filed a document entitled, "Preliminary Injunction, Temporary Restraining Order, TRO under the False Claims Act, 31 USC 3729." The Clerk docketed the document as a miscellaneous action. Plaintiff contends that Amtrak disregards the safety of citizens, specifically with regard to a recent derailment, and the document includes allegations of various conspiracies. As Plaintiff is incarcerated, the Court infers that he was not a passenger on the train that derailed, and therefore has asserted no basis for obtaining relief against Amtrak. In addition, the Court cannot grant a restraining order or an injunction in the absence of a properly filed complaint, and it appears that Plaintiff has neither paid a filing fee nor filed a petition for leave to proceed *in forma pauperis*.

**AND NOW**, this 26th day of May 2015, it is hereby **ORDERED** that the request for a preliminary injunction or temporary restraining order is **DISMISSED**. The Clerk is directed to **CLOSE** this miscellaneous action.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**